UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **A AND N MORTGAGE SERVICES, INC.**<br>1945 N. Elston Avenue<br>Chicago, Illinois 60642<br><br>    Plaintiff,<br><br>v.<br><br>**BRADLEY BODEN**<br>1816 N. Fairfield Ave.<br>Chicago, IL 60647<br><br>**CMG MORTGAGE, INC.**<br>d/b/a CMG Financial<br>3160 Crow Canyon Rd., Suite 400<br>San Ramon, CA 94583<br><br>c/o Registered Agents Inc.<br>1401 21st Street, Ste. R<br>Sacramento, CA 95811<br><br>**SELECT LENDING SERVICES, LLC**<br>15400 Boones Ferry Rd.<br>Lake Oswego, OR 97035<br><br>c/o Registered Agents Inc.<br>2355 State St., Ste 101<br>Salem, OR 97301<br><br>and<br><br>**KRISTEN COONEY-MCCARTHY**<br>9225 S. Troy Road<br>Evergreen Park, IL 60805<br><br>    Defendants. | Civil Action No. 1:24-cv-05963<br><br>**RULE 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT** |

    Pursuant to Federal Rule of Civil Procedure 7.1(a)(2) and Local Rule 3.2, Plaintiff A and N Mortgage Services, Inc. hereby states that it is an Illinois corporation with its principal place of

business located in Chicago, Illinois. Plaintiff A and N Mortgage Services, Inc.'s affiliate is Neena Vlamis, an individual who resides in Illinois.

Dated: July 15, 2024  Respectfully submitted,

                                                **BENESCH, FRIEDLAND, COPLAN & ARONOFF LLP**

                                                */s/ J. Scott Humphrey*
                                                J. Scott Humphrey
                                                71 South Wacker Drive, Suite 1600
                                                Chicago, IL 60606-4637
                                                Telephone: (312) 624-6420
                                                Facsimile: (312) 767-9192
                                                shumphrey@beneschlaw.com

24638312