**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: A and N Mortgage Services, Inc. v. Boden, et al.

Case Number: 1:24-cv-05963

An appearance is hereby filed by the undersigned as attorney for:

A and N Mortgage Services, Inc.

Attorney name (type or print): J. Scott Humphrey

Firm: Benesch Friedlander Coplan & Aronoff LLP

Street address: 71 South Wacker Drive, Suite 1600

City/State/Zip: Chicago, Illinois 60606

Bar ID Number: 6239169
(See item 3 in instructions)

Telephone Number: (312) 246-6420

Email Address: shumphrey@beneschlaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ | |
| Are you a member of the court's general bar? | ✓ | |
| Are you a member of the court's trial bar? | ✓ | |
| Are you appearing *pro hac vice*? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ | |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you a
  ☐ Federal Defender
  ☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 15, 2024

Attorney signature: S/ J. Scott Humphrey
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023