# CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF ILLINOIS | Case #: 24-cv-05963 |

**A and N Mortgage Services, Inc.**

Plaintiff

vs.

**Bradley Boden, et al**

Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Verified Complaint for Injunctive Relief and Damages; Exhibit(s); Civil Cover Sheet; Rule 7.1 and Local Rule 3.2 Disclosure Statement**

| | |
|---|---|
| PARTY SERVED: | **KRISTEN COONEY-MCCARTHY** |
| METHOD OF SERVICE: | **Personal Service** - By personally delivering copies to **KRISTEN COONEY-MCCARTHY** |
| DATE & TIME OF DELIVERY: | **7/28/2024 at 8:23 PM** |
| ADDRESS, CITY AND STATE: | **9225 S. TROY RD, EVERGREEN PARK, IL 60805** |
| DESCRIPTION: | Race: **White**  Sex: **Female**  Age: **40**<br>Height: **5'8"**  Weight: **180**  Hair: **Blonde**  Glasses: **No** |

Judicial Attorney Services, Inc.
PO Box 583
Geneva, IL 60134
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 7/29/2024.

_____
Matthew Bert
Registration No: 117-001119

---

CLIENT: **Benesch Friedlander Coplan & Aronoff LLP**  
FILE #: **77243-3**

Job #: **582975**

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

A and N Mortgage Services, Inc.

V.

Bradley Boden, CMG Mortgage, Inc., Select Lending Services, LLC, and Kristen Cooney-McCarthy

CASE NUMBER: 24-cv-05963

ASSIGNED JUDGE: Jeffrey I Cummings

DESIGNATED MAGISTRATE JUDGE: Young B. Kim

TO: (Name and address of Defendant)

Kristen Cooney-McCarthy
9225 S. Troy Road
Evergreen Park, IL 60805

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Scott Humphrey
Benesch, Friedlander, Coplan & Aronoff LLP
71 S. Wacker Drive
Suite 1600
Chicago, IL 60606
shumphrey@beneschlaw.com

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Vanessa Miller*

(By) DEPUTY CLERK

July 22, 2024

DATE