## United States District Court
## Northern District of Illinois

A and N Mortgage Services Inc,
    Plaintiff(s),

vs.

Bradley Boden, CMG Mortgage Inc et al,
    Defendant(s).

For: **Veritext 6842368**

CASE NO.: 24 CV 05963



## AFFIDAVIT OF SERVICE

Received by Meador Investigations, to be served on:

**Select Lending Services LLC, c/o Registered Agents Inc 2501 Chatham Road, Suite R, Springfield, IL 62704.**

I, **Greg Willing**, being first duly sworn on oath, depose and say the following:

I SERVED, on **August 05, 2024 at 4:22 PM**, the within

**Alias Summons In A Civil Case** In accordance with state statutes in the manner indicated below:

**CORPORATE SERVICE:** By leaving a copy of the above mentioned documents with

Name: **BRITTANY BEECH** Title: **REG. AGENT**, an officer or agent of Select Lending Services LLC.

At c/o Registered Agents Inc 2501 Chatham Road, Suite R, Springfield, IL 62704.

Description of person accepting service:

| Sex | Skin | Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Caucasian | Brown | 25-35 | 5'05" | 160 |

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

State of Illinois
Logan County
Signed and sworn to before me on this 7 day of Aug., 2024

Robin J Barton
Notary Public

SERVED BY:
Process Server Number: 129-261847
Meador Investigations
2201 Woodlawn Rd #560
Lincoln, IL 62656
217.732.1585
IL Lic#117-001077

*468236*

ROBIN J BARTON
OFFICIAL SEAL
Notary Public - State of Illinois
Commission No. 988959
My Commission Expires April 01, 2028

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**ALIAS SUMMONS IN A CIVIL CASE**

A and N Mortgage Services, Inc.

V.

Bradley Boden, CMG Mortgage, Inc., Select Lending Services, LLC, and Kristen Cooney-McCarthy

CASE NUMBER: 24-cv-05963

ASSIGNED JUDGE: Jeffrey I Cummings

DESIGNATED MAGISTRATE JUDGE: Young B. Kim

TO: (Name and address of Defendant)

Select Lending Services, LLC
c/o Registered Agents Inc.
2501 Chatham Rd Ste. R
Springfield, IL 62704

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

J. Scott Humphrey
Benesch, Friedlander, Coplan & Aronoff LLP
71 S. Wacker Drive
Suite 1600
Chicago, IL 60606
shumphrey@beneschlaw.com

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____
(By) DEPUTY CLERK



July 31, 2024
_____
DATE