# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **A AND N MORTGAGE SERVICES, INC.**, <br> 1945 N. Elston Avenue <br> Chicago, Illinois 60642, <br><br> Plaintiff, <br> vs. <br><br> **BRADLEY BODEN** <br> 1816 N. Fairfield Ave. <br> Chicago, IL 60647 <br><br> **CMG MORTGAGE, INC.** <br> d/b/a CMG Financial <br> 3160 Crow Canyon Rd., Suite 400 <br> San Ramon, CA 94583 <br><br> c/o Registered Agents Inc. <br> 1401 21st Street, Ste. R. <br> Sacramento, CA 95811 <br><br> **SELECT LENDING SERVICES, LLC** <br> 15400 Boones Ferry Rd. <br> Lake Oswego, OR 97035 <br><br> c/o Registered Agents Inc. <br> 2355 State St., Ste 101 <br> Salem, OR 97301 <br><br> and <br><br> **KRISTEN COONEY-MCCARTHY** <br> 9225 S. Troy Road <br> Evergreen Park, IL 60805 <br><br> Defendants. | Case No. 1:24-cv-05963 <br><br> Hon. Jeffrey Cummings |

**DEFENDANTS FIRST UNOPPOSED**
**MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants Bradley Boden, CMG Mortgage, Inc., Select Lending Services, LLC, and Kristen Cooney-McCarthy (collectively "Defendants"), by and through their counsel, Blank Rome LLP, respectfully move this Court for an Order extending Defendants time to answer or otherwise plead, up to and including September 13, 2024. In support thereof, Defendants state as follows:

1. On July 15, 2024, Plaintiff A and N Mortgage Services, Inc. ("Plaintiff") filed its Complaint against Defendants alleging claims under the federal Defend Trade Secrets Act of 2016, 18 U.S.C. § 1836, *et seq.,* the Illinois Trade Secrets Act, 765 ILCS 1065/1 *et seq.,* and for tortious interference, unfair competition, and replevin.

2. Defendants were each served with the Complaint between July 28, 2024, and August 7, 2024. (*See* ECF # 7-10.) Thereafter, Defendants and Plaintiff agreed to extend Defendants' time to respond to the Complaint until September 13, 2024. Defendants now respectfully request that the Court issue an Order granting this request for an extension of time to answer or otherwise plead.

3. This extension is sought in good faith and not for purposes of delay. Neither party will be prejudiced by this extension.

4. Counsel for Defendants has communicated with Plaintiff's counsel regarding the relief requested herein. Plaintiff's counsel has confirmed that Plaintiff does not oppose this motion for an extension of time to answer or otherwise plead.

**WHEREFORE**, Defendants hereby respectfully request that this Court extend their time to answer or otherwise plead until September 13, 2024.

Respectfully submitted,

Dated: August 26, 2024   By:   *s/ Amanda M. Noonan*
Amanda M. Noonan
**BLANK ROME LLP**
444. W. Lake Street, Suite 1650

Chicago, IL 60606
Phone: (312) 776-2575
Fax: (312) 264-0848
amanda.noonan@blankrome.com

Michael A. Iannucci
(*Pro Hac Vice* Forthcoming)
Christopher Cody Wilcoxson
(*Pro Hac Vice* Forthcoming)
One Logan Square
Philadelphia, PA 19103
Phone: (215) 569-5500
Fax: (215) 569-5555
michael.iannucci@BlankRome.com
cody.wilcoxson@BlankRome.com


*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I, Amanda M. Noonan, hereby certify that, on August 26, 2024, I electronically filed the foregoing Unopposed Motion for Extension of Time to Answer or Otherwise Plead with the Court via the ECF System and it is available for viewing and downloading from the ECF system, and a true and correct copy was served to all counsel of record registered with the ECF system.

       **BLANK ROME LLP**

       *s/ Amanda M. Noonan*
       Amanda M. Noonan

       *Attorney for Defendants*