UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| A AND N MORTGAGE SERVICES, INC.<br>　　Plaintiff,<br><br>v.<br><br>BRADLEY BODEN, et al.,<br>　　Defendants. | Civil Action No. 1:24-cv-05963<br><br>Judge Jeffrey I. Cummings |

### PLAINTIFF'S STATUS REPORT

Pursuant to this Court's October 3, 2024 Order (Dkt, 20), Plaintiff A and N Mortgage Services, Inc. ("A&N") hereby submits its status report and state as follows:

1. Discovery is ongoing. The parties exchanged initial disclosures on September 27, 2024. The parties intend to pursue written discovery and depositions in a timely manner. A&N intends to serve written discovery requests by the end of this week.

2. On December 2, counsel for A&N proposed submitting a joint status report reflecting the above. Defendants refused to submit a joint status report, citing A&N's pending arbitration against Defendant Bradley Boden. A&N indicated its intent to file an individual report instead.

3. A&N's arbitration against Defendant Boden is a separate proceeding from this litigation and has no bearing on the status of discovery in this case. Nevertheless, Defendant Boden is not participating in the arbitration in good faith, and the Defendants in this litigation cannot evade their discovery obligations.

4. Specifically, Defendant Boden did not file an answer, did not appear at the initial scheduling conference, has not issued discovery and, as of now, has not indicated that he will produce documents in accordance with the December 6 initial disclosure deadline or indicated

that he will meaningfully participate in the Arbitration. He has not engaged with A&N's offer to discuss amending the case deadlines.

     5.     On the contrary, A&N issued written discovery to Boden on November 29 in accordance with the JAMS Scheduling Order. A&N is prepared to produce documents by the December 6 initial disclosure deadline, and A&N intends to serve written discovery requests to all Defendants in this litigation by the end of this week.

     6.     A&N anticipates needing Court intervention if Defendants continue to evade their discovery obligations.

*   *   *

Dated: December 3, 2024

Respectfully submitted,

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

*/s/ J. Scott Humphrey*
J. Scott Humphrey, Esq.
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637
Telephone: (312) 624-6420
Facsimile: (312) 767-9192
shumphrey@beneschlaw.com
