**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **A AND N MORTGAGE SERVICES, INC.**<br>    Plaintiff,<br><br>v.<br><br>**BRADLEY BODEN, et al.,**<br>    Defendants. | Civil Action No. 1:24-cv-05963<br><br>Judge Jeffrey I. Cummings |

**JOINT STATUS REPORT**

Pursuant to this Court's December 5, 2024 Order (Dkt. 23)[1], Plaintiff A and N Mortgage Services, Inc. ("A&N") and Defendants Bradley Boden ("Boden"), CMG Mortgage, Inc. d/b/a CMG Financial ("CMG"), Select Lending Services, LLC ("Select"), and Kristen Cooney-McCarthy ("Cooney-McCarthy") and together with Boden, CMG, and Select, the "Defendants") hereby provide the following status report and state as follows:

1.      A&N served interrogatories and requests for production on December 10, 2024. Defendants provided their responses on January 30, 2025.

2.      Defendants served interrogatories and requests for production on December 5, 2024. A&N provided its responses on January 6, 2025.

3.      On February 5, 2025, Defendants issued supplemental discovery requests. A&N intends to respond in a timely manner.

---

[1] The parties acknowledge that the Court ordered them to file a joint status report by January 28, 2025.  Due to scheduling issues and inadvertent error, the parties were unable to file the report until today. The parties apologize for any inconvenience this may have caused the Court.

4.      The parties are waiting to exchange documents until the entry of a protective order. The parties currently disagree on the substance of a protective order in this case and anticipate needing Court attention to this matter.

5.      The parties also intend to meet and confer regarding their discovery responses. The parties do not anticipate needing Court intervention on those issues at this time.

*       *       *

**Dated**: February 6, 2025

Respectfully submitted,

| | |
|---|---|
| **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** | **BLANK ROME LLP** |
| */s/ J. Scott Humphrey* | */s/ Amanda M. Noonan* |
| J. Scott Humphrey, Esq. | Amanda M. Noonan, Esq. |
| 71 South Wacker Drive, Suite 1600 | amanda.noonan@blankrome.com |
| Chicago, IL 60606-4637 | 444. W. Lake Street, Suite 1650 |
| Telephone: (312) 624-6420 | Chicago, IL 60606 |
| Facsimile: (312) 767-9192 | Phone: (312) 776-2575 |
| shumphrey@beneschlaw.com | Fax: (312) 264-0848 |