**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| **A AND N MORTGAGE SERVICES, INC.**<br>    Plaintiff,<br><br>v.<br><br>**BRADLEY BODEN, et al.,**<br>    Defendants. | Civil Action No. 1:24-cv-05963<br><br>Judge Jeffrey I. Cummings<br><br>Magistrate Judge Young B. Kim |

**JOINT STATUS REPORT**

Pursuant to this Court's October 31, 2025 Order (Dkt. 57), Plaintiff A and N Mortgage Services, Inc. ("A&N") and Defendants Bradley Boden ("Boden"), CMG Mortgage, Inc. d/b/a CMG Financial ("CMG"), Select Lending Services, LLC ("Select"), and Kristen Cooney-McCarthy ("Cooney-McCarthy") and together with Boden, CMG, and Select, the "Defendants") hereby provide the following status report and state as follows:

1. A&N took the deposition of Camille Zelinski (third-party witness) on June 12, 2025.

2. The parties are in ongoing discussions regarding witness availability. The parties have agreed to block off the weeks of January 19 and February 2 for depositions.

3. A&N requires the following depositions: (1) Brad Boden, (2) Kristen Cooney-McCarthy, (3) CMG's Corporate Representative, (4) Select's Corporate Representative, (5) Jack Matthias, (6) Kathleen Calumet, (7) Tony Giglio, (8) Michael Harrison, and (9) Ryan Pullano.

4. Defendants require the following depositions: (1) A&N's Corporate Representative, (2) Neena Vlamis, (3) Dean Vlamis, (4) Kiki Troulos, (5) Michelle Adams, (6) Danielle Brosman, (7) Landon Hoon, (8) Stryker Networks LLC Corporate Representative, and (9) Kelsie Huff.

2

5.      A&N intends to retain at least one expert in this matter. Defendants intend to retain at least one expert in this matter.

*        *        *

**Dated**: December 19, 2025

Respectfully submitted,

| | |
|---|---|
| **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** | **BLANK ROME LLP** |
| */s/ J. Scott Humphrey* | */s/ Amanda M. Noonan* (via email consent) |
| J. Scott Humphrey, Esq. | Amanda M. Noonan, Esq. |
| 71 South Wacker Drive, Suite 1600 | amanda.noonan@blankrome.com |
| Chicago, IL 60606-4637 | 444. W. Lake Street, Suite 1650 |
| Telephone: (312) 624-6420 | Chicago, IL 60606 |
| Facsimile: (312) 767-9192 | Phone: (312) 776-2575 |
| shumphrey@beneschlaw.com | Fax: (312) 264-0848 |